```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                  07-CV-4790(JMR/JJK)
```

United States of America        )
                                )
        v.                      )    ORDER
                                )
Ray J. Petersen, Shirley Ann    )
Petersen, and Countrywide       )
Home Mortgage                   )

Defendants object to the Report and Recommendation, issued August 18, 2008 [Docket No. 65], by the Honorable Jeffrey J. Keyes, United States Magistrate Judge.  The Report recommended denying defendants' motion for summary judgment.  Defendants' objections to the Report were timely filed, pursuant to Local Rule 72.2(b).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, defendants' motion for summary judgment [Docket No. 37] is denied.

IT IS SO ORDERED.

Dated:  September 26, 2008

                                     S/JAMES M. ROSENBAUM
                                    JAMES M. ROSENBAUM
                                    United States District Judge